ORIGINAL

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
MICHAEL D. GRANSTON
MICHAL L. TINGLE
ALICIA J. BENTLEY
Attorneys, Civil Division
    175 N Street, NE
    Washington, DC, 20002
    Tel: (202) 616-9854
    Fax: (202) 305-7797
    Email: Alicia.Bentley@usdoj.gov
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
KENT A. KAWAKAMI
Assistant United States Attorney
California State Bar No. 149803
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4858
    Fax: (213) 894-7819
    Email: Kent.Kawakami@usdoj.gov
Attorneys for the United States of America

FILED 2019 MAY 30 PM 3:19

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RALPH TATGENHORST, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ITT CORPORATION, an Indiana corporation; PEI/GENESIS, INC., a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. CV 14-7424 JAK (Ex)<br><br>CORRECTED NOTICE OF SETTLEMENT<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(B)(2) & (3)] |

1

On May 24, 2019, the United States of America filed a Notice of Settlement. However, it was filed with an incorrect case number. This Notice corrects that error.

On May 21, 2019, the United States of America ("United States") notified the Court of its election to intervene in part and to decline to intervene in part in the above-captioned action ("this action"), filed by *qui tam* plaintiff, Ralph Tatgenhorst ("Relator"), for settlement purposes against defendant ITT Corporation ("ITT"). The United States and ITT have now finalized their settlement.

The United States will promptly, after the United States receives the agreed-upon settlement payment, file jointly with the Relator a stipulated request for dismissal of this action as to ITT. The stipulated request for dismissal will also include the Relator's request to voluntarily dismiss the action as to the remaining defendant, PEI/Genesis, Inc. ("PEI"), and also the United States' consent to such dismissal.

Concurrently with the filing of the stipulated request for dismissal, the United States will file jointly with the Relator a stipulated request to unseal the case.

Respectfully submitted,

DATED: May 30, 2019

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
MICHAEL D. GRANSTON
MICHAL L. TINGLE
ALICIA J. BENTLEY
Attorneys, Civil Division

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
Assistant United States Attorneys

_/s/ Kent Kawakami_
KENT A. KAWAKAMI
Assistant United States Attorney
Attorneys for the United States of America

2

## PROOF OF SERVICE BY U.S. MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On May 30, 2019, I served the CORRECTED NOTICE OF SETTLEMENT on each person or entity named below by U.S. mail.

Date of mailing: May 30, 2019. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

Esperanza Cervantes Anderson
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 N. Allen Avenue
Pasadena, CA 91104
Attorneys for *Qui Tam* Plaintiff Ralph Tatgenhorst

Daniel Shallman
Aaron Lewis
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Attorneys for defendant ITT Corporation

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2019, at Los Angeles, California.

_____
Zenaida Rosacia