ORIGINAL

1  JOSEPH H. HUNT
   Assistant Attorney General, Civil Division
2  MICHAEL D. GRANSTON
   MICHAL L. TINGLE
3  ALICIA J. BENTLEY
   Attorneys, Civil Division
4       175 N Street, NE
        Washington, DC, 20002
5       Tel: (202) 616-9854
        Fax: (202) 305-7797
6       Email: Alicia.Bentley@usdoj.gov
   NICOLA T. HANNA
7  United States Attorney
   DAVID M. HARRIS, AUSA
8  Chief, Civil Division
   DAVID K. BARRETT, AUSA
9  Chief, Civil Fraud Section
   KENT A. KAWAKAMI
10 Assistant United States Attorney
   California State Bar No. 149803
11      Room 7516, Federal Building
        300 N. Los Angeles Street
12      Los Angeles, California 90012
        Tel: (213) 894-4858
13      Fax: (213) 894-7819
        Email: Kent.Kawakami@usdoj.gov
14 Attorneys for the United States of America

CV14-7424-JAK(Ex)

15              UNITED STATES DISTRICT COURT

16          FOR THE CENTRAL DISTRICT OF CALIFORNIA

17                   WESTERN DIVISION

| | |
|---|---|
| 18  UNITED STATES OF AMERICA ex rel. RALPH TATGENHORST, an individual, | Case No. |
| 19 | |
| 20          Plaintiff, | NOTICE OF SETTLEMENT |
| 21             v. | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(B)(2) & (3)]** |
| 22  ITT CORPORATION, an Indiana corporation; PEI/GENESIS, INC., a Pennsylvania corporation; and DOES 1 through 20, inclusive, | |
| 23 | |
| 24 | |
| 25          Defendants. | |
| 26 | |
| 27 | |
| 28 | |

1