ORIGINAL

1  JOSEPH H. HUNT
   Assistant Attorney General, Civil Division
2  MICHAEL D. GRANSTON
   MICHAL L. TINGLE
3  ALICIA J. BENTLEY
   Attorneys, Civil Division
4       175 N Street, NE
        Washington, DC, 20002
5       Tel: (202) 616-9854
        Fax: (202) 305-7797
6       Email: Alicia.Bentley@usdoj.gov
   NICOLA T. HANNA
7  United States Attorney
   DAVID M. HARRIS
8  Chief, Civil Division
   DAVID K. BARRETT
9  Chief, Civil Fraud Section
   KENT A. KAWAKAMI
10 Assistant United States Attorneys
   California State Bar No. 149803
11      Room 7516, Federal Building
        300 N. Los Angeles Street
12      Los Angeles, California 90012
        Tel: (213) 894-4858
13      Fax: (213) 894-7819
        Email: Kent.Kawakami@usdoj.gov
14 Attorneys for the United States of America

LODGED
CLERK, U.S. DISTRICT COURT
JUN 28 2019
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2019
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Notice has been delivered by First Class U.S. Mail to all counsel (or parties) at their last known address of record in this action on this date

Date: Jul 10 2019, 12:05 pm

15        UNITED STATES DISTRICT COURT

16      FOR THE CENTRAL DISTRICT OF CALIFORNIA

17                WESTERN DIVISION

18  UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,

    Plaintiff[s],

    v.

    **[UNDER SEAL]**,

    Defendant[s].

Case No. CV 14-7424 JAK (Ex)

[~~PROPOSED~~] ORDER DISMISSING ~~ACTION AND~~ UNSEALING CASE

JS-6

**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2) & (3)]**

[FILED CONCURRENTLY UNDER SEAL: REQUESTS FOR DISMISSAL; STIPULATION TO UNSEAL CASE]

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
MICHAEL D. GRANSTON
MICHAL L. TINGLE
ALICIA J. BENTLEY
Attorneys, Civil Division
    175 N Street, NE
    Washington, DC, 20002
    Tel: (202) 616-9854
    Fax: (202) 305-7797
    Email: Alicia.Bentley@usdoj.gov
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
KENT A. KAWAKAMI
Assistant United States Attorneys
California State Bar No. 149803
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4858
    Fax: (213) 894-7819
    Email: Kent.Kawakami@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RALPH TATGENHORST, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ITT CORPORATION, an Indiana corporation; PEI/GENESIS, INC., a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. CV 14-7424 JAK (Ex)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION AND UNSEALING CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2) & (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: REQUESTS FOR DISMISSAL; STIPULATION TO UNSEAL CASE] |

1

Plaintiff United States of America ("United States") and *qui tam* plaintiff Ralph Tatgenhorst ("Relator"), having jointly requested, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action (this "action") against ITT Corporation ("ITT") be dismissed in accordance with and subject to the terms and conditions of the Settlement Agreement, dated May 29, 2019, and the Amendment to the Settlement Agreement, dated June 21, 2019 (together, the "Settlement Agreement"), among the United States, Relator and ITT; and Relator having further requested, and the United States having given its consent in the interests of justice, that the action against the remaining defendant, PEI/Genesis, Inc. ("PEI"), also be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

IT IS ORDERED that:

1. With respect to the Covered Conduct, as that term is defined in the Settlement Agreement, this action is dismissed against ITT with prejudice to the United States and Relator, subject to the terms and conditions of the Settlement Agreement; and

2. With respect to conduct other than the Covered Conduct, as that term is defined in the Settlement Agreement, and subject to the terms and conditions of the Settlement Agreement:

    (a) this action is dismissed against ITT without prejudice to the United States, and

    (b) this action is dismissed against ITT with prejudice to the Relator; and

3. This action is dismissed against PEI without prejudice to the United States and to Relator.

IT IS FURTHER ORDERED that this action be unsealed, except as to certain documents filed or lodged to date with the Court in this action. The following documents, and only the following documents, shall be unsealed:

1. Complaint;

2. Stipulation Requesting Order Partially Lifting Seal;

2

1 | 3. Order Partially Lifting Seal;
2 | 4. United States' Notice of Election to Partially Intervene and to Partially
3 | Decline to Intervene;
4 | 5. Notice of Settlement;
5 | 6. Corrected United States' Notice of Election to Partially Intervene and to
6 | Partially Decline to Intervene;
7 | 7. Corrected Notice of Settlement;
8 | 8. Requests for Dismissal; Stipulation to Unseal Case;
9 | 9. Any Order issued by the Court to dismiss this action and to unseal
10 | documents; and
11 | 10. All other papers filed or lodged with the Court in this action after the
12 | action is unsealed.

All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or any other person.

Dated: July 10, 2019

_____
John A. Kronstadt
UNITED STATES DISTRICT JUDGE

3

## PROOF OF SERVICE BY U.S. MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On June 28, 2019, I served the [PROPOSED] ORDER DISMISSING ACTION AND UNSEALING CASE on each person or entity named below by U.S. mail.

Date of mailing: June 28, 2019. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

Esperanza Cervantes Anderson
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 N. Allen Avenue
Pasadena, CA 91104
Attorneys for *Qui Tam* Plaintiff Ralph Tatgenhorst

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2019, at Los Angeles, California.

ROZ DAVIS